# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2375
LT Case No. 2015-CF-29663-A

_____

DAVID RICHARDSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Brevard County.
Tesha Ballou, Judge.

David Richardson, Trenton, pro se.

No Appearance for Appellee.


December 12, 2023


PER CURIAM.

AFFIRMED.


EDWARDS, C.J., SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____